# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROSCOE ALEXANDER, JR.

NO. 2019 KW 1448

**DEC 2 3 2019**

---

In Re: Roscoe Alexander, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 19-06763 and 19-06765.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Clerk of Court's Office shows that on October 22, 2019, the State filed bills of information charging relator with simple burglary of an inhabited dwelling and simple criminal damage to property under docket number DC-19-06763 and simple burglary of an inhabited dwelling, simple criminal damage to property, and theft of a firearm, first offense under docket number DC-19-06765. Additionally, the record of the East Baton Rouge Parish Sheriff's Office shows that relator was arrested for the underlying offenses via a warrant. Therefore, his *pro se* "Motion to be Released from BailObligation [sic] Pursuant to La. C.Cr.P. Art 701 B (1)(a); Motion for Contemporaneous Release for Violation of La. C.Cr.P. Art 230.2 A., B., et seq.," is moot and without merit. See **State v. Rochon,** 2011-0009 (La. 10/25/11) 75 So.3d 876, 883 and **State v. Varmall,** 539 So.2d 45 (La. 1989) (*per curiam*).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT